IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FMS INVESTMENT CORP., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-1786C |
| | ) | Judge Thomas C. Wheeler |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of _____Alexis J. Echols_____, as attorney of record

for the United States.  Service of all papers by opposing parties should be addressed as follows:

Alexis J. Echols
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C.  20044

s/Alexis J. Echols
ALEXIS J. ECHOLS
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 616-0463
Facsimile:  (202) 353-7988

Email:  alexis.j.echols@usdoj.gov

Dated: November 20, 2018